# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## COUNTY DEPARTMENT - CHANCERY DIVISION

LPP MORTGAGE, LTD.

   Plaintiff,

-v.-                                   1 : 09 -CV- 4836

CHAU HO, CITY OF CHICAGO, HEIN LEE     MANNING

   Defendant

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION

This cause comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 1 IN T.J. GRADY'S SECOND ADDITION TO NORTH EDGEWATER IN THE SOUTH 1/2 OF THE EAST 1/2 OF THE EAST 1/2 OF THE WEST 1/2 OF THE EAST 1/2 OF THE NORTHEAST 1/4 OF SECTION 1, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 2505 WEST GRANVILLE AVENUE, Chicago, IL 60659

Property Index No. 13-01-221-019-0000.

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That the Judicial Sales Corporation, hereinafter "Sales Officer," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS FURTHER ORDERED:

That the real property that is the subject matter of the instant proceeding is a multi-family residence;

That the real property described herein was last inspected by movants, its insurers, investors, or agents on August 14, 2010

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Sales Officer are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That there shall be an IN REM deficiency judgment entered in the sum of $368,127.84 with interest thereon as by statute provided, against the subject property

That any Special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this Order; and

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Selling Officer shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

Grantee or Mortgagee:
Contact: _____
Address: _____
_____

Telephone Number: _____

IT IS FURTHER ORDERED:

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15 – 1701;

That the Sheriff of Cook County is directed to evict and dispossess CHAU HO, HEIN LEE from the premises commonly known as 2505 WEST GRANVILLE AVENUE, Chicago, IL, 60659

The Sheriff cannot evict until 30 days after the entry of this order.

No occupants other than the individuals named in this Order of Possession may be evicted without a Supplemental Order of Possession or an order from the Forcible Entry and Detainer Court.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

The Plaintiff will not pursue collection on the note.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

Date:  ENTER:

OCT 2 1 2010

10-21-2010

*Blanche M. Manning*

Judge

FREEDMAN ANSELMO LINDBERG LLC

1807 W. DIEHL ROAD, SUITE 333

NAPERVILLE, IL 60563

(866) 402-8661

Attorney File No. F09040036

Attorney ARDC No. 6275591

AttorneyCode. 26122

Case Number: 1 : 09 -CV- 4836